```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #:
                                          DATE FILED: 2/28/2020
```

------------------------------------------------------------X
                                                            :
VALENTINA VELEVA, on behalf of others                       :
similarly situated                                          :
                                       Plaintiff,           :
                                                            :    19-CV-10078 (VEC)
                 -against-                                  :
                                                            :    <u>ORDER</u>
                                                            :
TAMBURI TRATTORIA LTD and FABIO                             :
CAMARDION,                                                  :
                                                            :
                                                            :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on October 30, 2019, *see* Dkt. 1;

      WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 9, 10;

      WHEREAS Defendant Fabio Camardion has failed to appear, answer, or otherwise respond to the Complaint by the January 9, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1);

      WHEREAS Defendant Tamburi Trattoria Ltd. has failed to appear, answer, or otherwise respond to the Complaint by the January 13, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1);

      IT IS HEREBY ORDERED that Plaintiff must apply for a certificate of default against Defendants no later than **March 27, 2020**. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

**Date: February 28, 2020
New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**