```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
VALENTINA VELEVA, on behalf of others                        :
similarly situated                                           :
                                            Plaintiff,       :
                                                             :      19-CV-10078 (VEC)
                -against-                                    :
                                                             :            ORDER
                                                             :
                                                             :
TAMBURI TRATTORIA LTD  and FABIO                             :
CAMARDION,                                                   :
                                                             :
                                                             :
                                                             :
                                            Defendants.      :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed an amended complaint on March 2, 2020, *see* Dkt. 14;

      WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the amended complaint on Defendant Tamburi Trattoria Ltd, *see* Dkt 21

      WHEREAS Defendant Tamburi Trattoria Ltd. has failed to appear, answer, or otherwise respond to the Complaint by the June 9, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1);

      IT IS HEREBY ORDERED:

1. Plaintiff must apply for a certificate of default against Defendant Tamburi Trattoria LTD no later than **August 31, 2020**.  Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

2. Plaintiff must file an affidavit of service reflecting timely service of a summons and the amended complaint on Defendant Fabio Camardion no later than **August 31,**

**2020** or show cause why this case should not be dismissed with prejudice as to Defendant Camardion for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Date:  August 10, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**