**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VALENTINA VELEVA,
on behalf of herself and
FLSA Collective Plaintiffs,

      Plaintiff,

v.

TAMBURI TRATTORIA LTD.,
and FABIO CAMARDI,

      Defendants.

---

Case No.: 1:19-cv-10078

**[PROPOSED]**
**DEFAULT JUDGMENT**

      This action having been commenced on October 30, 2019, by the filing of the Summons and Complaint. Corporate Defendant TAMBURI TRATTORIA LTD., having not comply with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

      That Plaintiff VALENTINA VELEVA, has judgment against Defendant TAMBURI TRATTORIA LTD. for unpaid wages in the amount of $6,820.25, New York State Liquidated damages in the amount of $6,820.25, statutory damages in the amount of $10,000.00, amounting in all to $23,640.50.

      Dated: New York, New York

_____

      Valerie Caproni
      United States District Judge

      This document was entered on the docket on

_____