# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

September 30, 2020

**Via ECF**
The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Veleva v. Tamburi Trattoria Ltd., et al.*
       Case No. 19-cv-10078

Dear Judge Caproni:

  We are counsel to Plaintiff in the above-referenced matter and write in response to Defendants' Declaration in opposition to Plaintiff's Order to Show Cause dated and filed September 29, 2020 at Dkt. 34 ("Defendants' Opposition"). As a preliminary matter, Defendants' Opposition is untimely as the deadline for answering papers was more than a week ago, September 21, 2020.

  Notwithstanding the lateness of the response, and putting aside the misstatements set forth in Defendants' Opposition, provided Defendants waive any jurisdictional defenses relating to service of the Amended Complaint, Plaintiff does not object to Defendants' filing of its Answer *nunc pro tunc*, if the Court agrees to accept same. Plaintiff would prefer to litigate this case on the merits in the hopes of reaching an amicable resolution, rather than pursue a default judgment.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF