**MEMO ENDORSED**

# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

March 25, 2021

<u>Via ECF</u>
The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021

Re: *Veleva v. Tamburi Trattoria Ltd. et al.*
<u>Case No. 19-cv-10078</u>

Dear Judge Caproni:

We are counsel of record to Plaintiff Valentina Veleva in the above-referenced matter and write to inform the Court that we have been terminated as counsel as of this date.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

---

Plaintiff's counsel must file a motion to be relieved consistent with Local Rule 1.4. The motion must be served upon the plaintiff, with service noted on ECF.

SO ORDERED.

*[signature]* 3/25/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE