LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

MEMO ENDORSED

April 5, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

**Via ECF**
The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Veleva v. Tamburi Trattoria Ltd., et al.*
Case No. 19-cv-10078

Dear Judge Caproni:

By letter dated March 25, 2021, we notified the Court that Plaintiff intended to terminate our representation. Thereafter, the Court instructed "Plaintiff's counsel must file a motion to be relieved consistent with Local Rule 1.4" (See Memo Endorsed Order at Dkt. 41).

Upon further consideration, we believe it would be productive for the Court to refer us (meaning, Lee Litigation Group, PLLC and our former client, Ms. Veleva), to the SDNY mediation program to mediate our dispute. We have represented Ms. Veleva in several prior matters successfully and would like to resolve our current issues amicably, hopefully saving her the time and effort to have to find new counsel. Ms. Veleva has not responded to my contacts to her for her consent.

If the Court is amenable to our proposal, we would respectfully request that this matter be stayed *sine die* (including the Initial Conference currently scheduled for April 23, 2021) until the completion of the attorney-client mediation, so as not to prejudice the Plaintiff.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application DENIED. No later than **May 6, 2021**, Plaintiff's counsel must communicate with Plaintiff to determine how she wants to proceed in this case. If Plaintiff wants to retain new counsel, Plaintiff's current counsel must make a motion to be relieved consistent with Local Rule 1.4. If Plaintiff wants to proceed with her current counsel, she must submit an affidavit so stating. The initial pretrial conference scheduled for April 23, 2021 is adjourned *sine die*.

SO ORDERED.

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

4/6/2021