**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 4/12/2021                │
└─────────────────────────────────────┘
```

VALENTINA VELEVA,
on behalf of herself and
FLSA Collective Plaintiffs,

# MEMO ENDORSED

                    Plaintiff,

Case No.: 1:19-cv-10078

**MOTION TO WITHDRAW AS
COUNSEL**

          v.

TAMBURI TRATTORIA LTD.,
and FABIO CAMARDI,

                    Defendants.

　　　　**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Anne Seelig, Esq.,

partner for Lee Litigation Group, PLLC, Plaintiff's counsel seeks an Order pursuant to Local Civil

Rule 1.4, granting leave for this firm to withdraw as attorney of record for Plaintiff in this matter.

Dated:　April 9, 2021

　　　New York, New York

　　　　　　　　　　　　LEE LITIGATION GROUP, PLLC

　　　　　　　　By:　 _/s/ Anne Seelig_____
　　　　　　　　　　　Anne Seelig, Esq.
　　　　　　　　　　　148 W. 24th Street, 8th Floor
　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　Tel.: 212-661-1008
　　　　　　　　　　　Fax: 212-465-1181
　　　　　　　　　　　_Attorneys for Plaintiffs_

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VALENTINA VELEVA,
on behalf of herself and
FLSA Collective Plaintiffs,

        Plaintiff,                      Case No.: 1:19-cv-10078

        v.

TAMBURI TRATTORIA LTD.,
and FABIO CAMARDI,

        Defendants.

---

## AFFIDAVIT OF ANNE SEELIG

I, Anne Seelig, under penalty of perjury, affirm as follows:

1. This Affidavit is being submitted in support of this firm's motion seeking an Order granting leave for this firm to withdraw as attorney of record in this case.

2. I am a partner of Lee Litigation Group, PLLC ("LLG"), which represents VALENTINA VELEVA ("Plaintiff") in this matter.

3. On March 25, 2021, Plaintiff informed us that it is her intent to terminate the attorney-client relationship with LLG in this matter.

4. Effective March 25, 2021, LLG has been terminated as counsel to Plaintiff in this matter. LLG waives its right to assert a lien on the file.

5. I therefore respectfully request that LLG be relieved as attorney of record for Plaintiff.

Dated: April 9, 2021

By:    */s/ Anne Seelig, Esq.*   

Anne Seelig (AS 3976)

LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Fax: (212) 465-1181
Email: anne@leelitigation.com
*Attorneys for Plaintiff*

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VALENTINA VELEVA,
on behalf of herself and
FLSA Collective Plaintiffs,

        Plaintiff,               Case No.: 1:19-cv-10078

        v.

TAMBURI TRATTORIA LTD.,
and FABIO CAMARDI,

        Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I caused (1) Motion to Withdraw as Counsel; and (2)

Affidavit of Anne Seelig to be served via Electronic Mail upon Plaintiff VALENTINA VELEVA.

Respectfully Submitted,

*/s/ Anne Seelig*

Anne Seelig, Esq.

No later than **April 14, 2021**, Plaintiff's counsel is directed to provide the Court with Plaintiff's email address and certify that the email address to which she emailed the Motion to Withdraw has been used to communicate with Plaintiff in the past.  Plaintiff's counsel must also certify that she did not receive a bounce back indicating that the email address was not functional.

No later than **April 23, 2021**, Plaintiff is directed to inform the Court: (i) whether she objects to Ms. Seelig being relieved as counsel and (ii) whether she wants to proceed with the litigation either with a new attorney or representing herself.  Information about the *pro se* clinic is attached to this order.  If the Court does not receive any response from Ms. Veleva by **April 23, 2021**, it will relieve Ms. Seelig and dismiss this case for failure to prosecute. Ms. Veleva may respond by email (to CaproniNYSDchambers@nysd.uscourts.gov) or by mail (to Hon. Valerie Caproni; 40 Foley Square; New York, NY 10007).

No later than **April 14, 2021**, Plaintiff's counsel is directed to serve this order on Plaintiff and post proof of service.

SO ORDERED.

4/12/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# <u>Notice For<br>Pro Se Litigants</u>



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

