```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
VALENTINA VELEVA, on behalf of others                          :
similarly situated                                             :
                                   Plaintiff,                  :
                  -against-                                    :   19-CV-10078 (VEC)
                                                               :
TAMBURI TRATTORIA LTD and FABIO                                :   ORDER
CAMARDION,                                                     :
                                                               :
                                   Defendants.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2021, Plaintiff's attorneys, Ms. Seelig and C.K. Lee, moved to withdraw as Plaintiff's attorneys of record (Dkt. 46);

WHEREAS on April 12, 2021, the Court ordered Plaintiff to inform the Court by mail or email whether she objects to the motion to withdraw and whether she wants to proceed with the litigation either with a new attorney or representing herself (Dkt. 47);

WHEREAS on April 22, 2021 Plaintiff emailed the Court stating that she wishes to proceed with the litigation *pro se* but that the Lee Litigation Group has failed to return Plaintiff's case file to her;

IT IS HEREBY ORDERED: No later than **April 26, 2021**, Plaintiff's counsel is directed to confirm that: (i) it is asserting neither a charging nor retaining lien and (ii) show cause why the Court should not order them to promptly return the case files associated with this case to the Plaintiff. Plaintiff's counsel is directed to serve their response on Plaintiff and post proof of service on ECF.

**SO ORDERED.**

Date: April 22, 2021
      New York, NY

_____
VALERIE CAPRONI
United States District Judge