# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

April 26, 2021

**Via ECF**
The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Veleva v. Tamburi Trattoria Ltd., et al.*
                Case No. 19-cv-10078

Dear Judge Caproni:

      In response to the Court's Order dated April 22, 2021 at Dkt. 50., we write to inform the court that Lee Litigation Group, PLLC is not asserting a charging or retaining lien. On April 22, 2021, we delivered the subject case file to Plaintiff, Valentina Veleva via email.

      We thank the Court for its kind consideration.


Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:    all parties via ECF