```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
VALENTINA VELEVA, on behalf of others                          :
similarly situated,                                            :
                                            Plaintiff,         :
                  -against-                                    :   19-CV-10078 (VEC)
                                                               :
TAMBURI TRATTORIA LTD.,                                        :        ORDER
                                                               :
                                            Defendant.     X
--------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2021, Plaintiff's attorneys, Ms. Seelig and C.K. Lee, moved to withdraw as Plaintiff's attorneys of record (Dkt. 46);

WHEREAS on April 12, 2021, the Court ordered Plaintiff to inform the Court by mail or email whether she objects to the motion to withdraw and whether she wants to proceed with the litigation either with a new attorney or representing herself (Dkt. 47);

WHEREAS on April 22, 2021 Plaintiff emailed the Court stating that she wishes to proceed with the litigation *pro se* but that the Lee Litigation Group has failed to return Plaintiff's case file to her;

WHEREAS on April 22, 2021, the Court ordered the Lee Litigation Group to confirm that they are asserting neither a charging nor retaining lean and show cause why the Court should not order them to promptly return the case files associated with this case to the Plaintiff (Dkt. 50);

WHEREAS on April 26, 2021, the Lee Litigation Group confirmed that (i) they are not asserting a charging or retaining lien; and (ii) they returned Plaintiff's case file to her on April 22, 2021 (Dkt. 51);

WHEREAS on April 27, 2021, Plaintiff emailed the Court stating that the Lee Litigation Group has not returned all of the documents she requested relating to this case and her "other 3 cases";

IT IS HEREBY ORDERED:

1. No later than **April 29, 2021**, Plaintiff is directed to inform the Court whether the Lee Litigation Group failed to return any documents relating to this case: *Veleva v. Tamburi Trattoria*; 19-CV-10078. The Court has no jurisdiction to order the return of any files relating to any other case.

2. If Plaintiff has any complaints regarding the professionalism of Mr. Lee and/or Ms. Seelig's practice in the Southern District of New York, she may file a complaint with the Grievance Committee of the Southern District of New York or with the New York State bar.

A copy of this order will be emailed to Ms. Veleva by chambers.

**SO ORDERED.**

**Date: April 27, 2021**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**