

# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue | 21st Floor | New York, NY 10169 | Telephone: 212-349-2800 | www.dunnington.com | rswetnick@dunnington.com

April 28, 2021

**By ECF**

Hon. Valerie Caproni
United States District Judge
US District Court, Southern District of NY
40 Foley Square
New York, New York 10007

      RE:    Veleva v. Tamburi Trattoria Ltd., et al.
                   <u>Case No. 19-cv-10078</u>

Dear Judge Caproni:

    This office represents the Defendants in the above noted matter. We recently noted to efiling of Orders in response to emails you received directly from the Plaintiff, who apparently elected to proceed *pro se*. Please note that we did not received copies of any such communications and respectfully request that you advise her that this office must be copied in any and all communications she may have with the Court.

    Thank you for your consideration an attention.

                                              Respectfully yours,

                                              */s/ Robert N. Swetnick*

                                              Robert N. Swetnick
                                              Partner

RNS:sb