USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
VALENTINA VELEVA, on behalf of others  :
similarly situated,  :
                                 Plaintiff,  :
              -against-  :         19-CV-10078 (VEC)
:
TAMBURI TRATTORIA LTD.,  :         ORDER
:
                              Defendant.  X
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 9, 2021, Plaintiff's attorneys, Ms. Seelig and C.K. Lee, moved to withdraw as Plaintiff's attorneys of record (Dkt. 46);

      WHEREAS on April 12, 2021, the Court ordered Plaintiff to inform the Court by mail or email whether she objects to the motion to withdraw and whether she wants to proceed with the litigation either with a new attorney or representing herself (Dkt. 47);

      WHEREAS on April 22, 2021, as indicated in the attached email communications, Plaintiff emailed the Court stating that she wishes to proceed with the litigation *pro se* but that the Lee Litigation Group has failed to return Plaintiff's case file to her;

      WHEREAS on April 22, 2021, the Court ordered the Lee Litigation Group to confirm that they are asserting neither a charging nor retaining lean and show cause why the Court should not order them to promptly return the case files associated with this case to the Plaintiff (Dkt. 50);

      WHEREAS on April 26, 2021, the Lee Litigation Group confirmed that (i) they are not asserting a charging or retaining lien; and (ii) they returned Plaintiff's case file to her on April 22, 2021 (Dkt. 51);

WHEREAS on April 27, 2021, as indicated in the attached email communications, Plaintiff emailed the Court stating that the Lee Litigation Group has not returned all of the documents she requested relating to this case and her "other 3 cases";

WHEREAS on April 27, 2021, the Court directed Plaintiff to inform the Court whether the Lee Litigation Group failed to return any documents relating to *this* case and informed Plaintiff that the Court has no jurisdiction to order the return of any files relating to any other case (Dkt. 53);

WHEREAS on April 29, 2021, as indicated in the attached email communications, Plaintiff emailed the Court and reiterated that the Lee Litigation Group has not returned all of the files relating to this case but failed to specify which documents she has not received;

IT IS HEREBY ORDERED:

1. Plaintiff's attorneys' motion to withdraw is GRANTED. The Clerk of Court is respectfully directed to close the open motion at docket entry 46.

2. By separate order, this case will be referred to Magistrate Judge Fox.

3. Information about the pro se clinic, information about electronic notifications on ECF, and information about e-mailing pro se filings to the Clerk's office are attached to this order and will be emailed to Ms. Veleva by chambers. Further information can be found at: https://nysd.uscourts.gov/prose.

A copy of this order will be emailed to Ms. Veleva by chambers.

**SO ORDERED.**

**Date: April 30, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

| | |
|---|---|
| **From:** | Valentina Veleva |
| **To:** | Caproni NYSD chambers |
| **Subject:** | Re: Dist.S.D.N.Y._1-19-cv-10078_47 |
| **Date:** | Thursday, April 29, 2021 3:46:09 PM |

**CAUTION - EXTERNAL:**

Your Honor,

I didn't receive a single document from Lee Litigation Group after the latest Court order. I'm in possession of only one folder containing 45 pdf files related to the case.

Lee Litigation Group failed to return the rest of the files related to this case.

Kind regards



**Valentina Veleva**
**cell :** █████

**Please consider your environmental responsibility before printing this email**

**CONFIDENTIALITY NOTICE:**
**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system**

> On Apr 27, 2021, at 2:47 PM, Valentina Veleva <valentinaveleva@gmail.com> wrote:
>
> Thank you so much
>
> Kind regards
>
> 
>
> **Valentina Veleva**
> **cell :** █████
>
> **Please consider your environmental responsibility before printing this email**

**CONFIDENTIALITY NOTICE:**
**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system**

On Apr 27, 2021, at 2:35 PM, Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov> wrote:

Ms. Veleva,

Please see the attached order that was just filed in this case.

Thank you,
Hannah

**From:** Valentina Veleva <valentinaveleva@gmail.com>
**Sent:** Tuesday, April 27, 2021 11:22 AM
**To:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Subject:** Re: Dist.S.D.N.Y._1-19-cv-10078_47

**CAUTION - EXTERNAL:**

Your Honor,

Yesterday I received an email from Lee Litigation Group containing 2 pdf files - the latest court order and a letter from Ms. Seeing. The letter is attached below.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The statement from Ms. Seeing is incorrect.

In the late hours of April 22, 2021, after the Court issued the latest court

order, I was provided a dropbox link with a password to documents associated with the Mercato file. Lee Litigation Group provided the access to the documents for download for 5 days and informed me that due to Covid-19 the company had to delay the delivery of the file and they would be working on delivering the rest of the files associated with my other 3 cases. The link contained a folder with only 45 documents - 14 emails with the defense counsel and 41 pdf files with documents filed in the court system by Lee Litigation Group.

The folder did not contain multiple files including and not limited to :
- the contract between me and Lee Litigation Group, although I requested a copy of it multiple times
- the amount of hours the attorneys of Lee Litigation Group spent on the case
- any documents served to Lee Litigation Group and filed by the defense counsel in the court system
- all previous court orders
- multiple documents provided by the defense counsel as attachments to the emails
- multiple documents provided by me to Lee Litigation Group

Although I immediately informed Lee Litigation Group that the file was incomplete and they are failing to return not only all documents associated with this case but with all other cases, Ms. Seeing had the brilliant idea to submit a letter to the Court containing incorrect statements. The letter is not signed under the penalty of perjury and Lee Litigation Group is intentionally trying to mislead the Court.

This is not the first time Ms. Seeing and Mr. Lee file fraudulent statements in the court system. Since they were representing me in multiple cases and I saw exactly the same pattern, I am respectfully requesting the Court's permission to submit an answer to the Court regarding the letter filed by Lee Litigation Group in response to the latest court order. I do believe that this letter will give the Court a better idea of the level of misconduct of Ms. Seeing and Mr. Lee and their intentional disrespect not only to this Court but to the the judicial system in the State on NY. If the Court decides that a letter is not necessary, I am respectfully requesting Lee Litigation Group to be ordered to promptly return all case files associated with this case to me, together with any other relief the Court finds to be just and proper.

Kind regards



**Valentina Veleva**

cell : ▓▓▓▓▓▓▓▓

**Please consider your environmental responsibility before printing this email**

**CONFIDENTIALITY NOTICE:**
**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system**

On Apr 22, 2021, at 5:25 PM, Valentina Veleva <valentinaveleva@gmail.com> wrote:

 You are awesome!
Thank you so much!

Kind regards



**Valentina Veleva**

cell : ▓▓▓▓▓▓▓▓

**Please consider your environmental responsibility before printing this email**

**CONFIDENTIALITY NOTICE:**
**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may**

contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system

> On Apr 22, 2021, at 5:06 PM, Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov> wrote:
>
> Ms. Veleva,
>
> Thank you for your email. Please see the attached order that was just filed in this case.
>
> Thank you,
> Hannah
>
> ---
>
> **From:** Valentina Veleva <valentinaveleva@gmail.com>
> **Sent:** Thursday, April 22, 2021 3:05 PM
> **To:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
> **Subject:** Dist.S.D.N.Y._1-19-cv-10078_47
>
> **CAUTION - EXTERNAL:**
>
> Your Honor,
>
> I terminated Lee Litigation Group earlier this year due to gross misconduct not only on this matter but on all other matters they were representing me.
> Unfortunately up to date they failed to deliver any case files and that makes it extremely

difficult for me to retain a different attorney. I don't want to waste the Court's time and I do appreciate your patience in this matter, therefore I will continue pro se.

Kind regards



**Valentina Veleva**
**cell :**

**Please consider your environmental responsibility before printing this email**

**CONFIDENTIALITY NOTICE:**
**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<20210422 Order.pdf>

<20210427 Order.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





**United States District Court**
**Southern District of New York**
Temporary_Pro_Se_Filing@nysd.uscourts.gov.

# INSTRUCTIONS: EMAIL PRO SE FILINGS

## How do I email documents to the Clerk's Office for filing?

- SIGN. You must sign your document by either signing the document before you scan it or typing "/s/ [Your Name]." The Court will accept typed signatures in this format.

- CONTACT INFORMATION. The document must include your name, address, telephone number and email address (if available).

- SUBJECT LINE. For existing cases, the subject line of the email must read, "Pro Se Filing – XX-CV-XXXX." For new cases, the subject line of the email must read, "Pro Se Filing – New Case."

- EMAIL the PDF document to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

## Can I start a new case by email?

- **YES.** To start a new case, you may email your complaint to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

- In addition to emailing your complaint, you must either (1) email an application requesting that the fee be waived, available at https://nysd.uscourts.gov/node/838, or (2) pay the filing fee of $400. If you are paying the filing fee, add to the subject line, "Pro Se Filing – New Case – FEE PAID." Payment must be made within 21 days by certified check or money order, made out to Clerk, USDC, SDNY, and mailed to: Cashiers-Room 120, 500 Pearl Street, New York, NY 10007. The check must include the case number, which you can learn by calling (212) 805-0175.

## Can I include any questions or information in my email?

- **NO.** You must only include the attached document(s) for filing. No one will read messages in the body of the email and no one will respond to any questions.

500 PEARL STREET; 40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

Rev. 4/8/2020

### Will someone respond to my email?

- **NO.** This email address cannot respond to inquiries. The Clerk's Office will download the email attachment. This is a NO-REPLY email address. But you may call (212) 805-0175 to confirm that your documents were received. Please wait at least one week before calling.

### Can I email the assigned judge instead?

- **NO.** Any submission emailed to any other court email address will be disregarded by the recipient.

### Can the Clerk's Office assist with scanning?

- **NO.** If you are unable to email your documents, you must submit them by mail to the Pro Se Intake Unit.

### Can someone email my documents for me?

- **YES.** But please include your email address, if available, in the document. The Court will only communicate with the email address listed on the filed documents, and only if you have consented to receive court documents by email.

### Can I receive court documents by email?

- **YES.** Complete and email a signed [consent to electronic service](consent to electronic service) form.

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address          City          State          Zip Code

_____

Telephone Number          E-mail Address

_____

Date          Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007