19-cv-10078

Veleva et all v. Tamburi Trattoria Ltd. et all

To ProSe Intake office of the United States District Court, SDNY:

As per your request I'm providing my contact info:

cell: 3472606094
email: valentinaveleva@gmail.com
address: 3811 Ditmars Blvd. #268
Astoria NY 11105

RECEIVED
SDNY PRO SE OFFICE
2021 JUN 22 AM 10: 32

Valentina Veleva

Valentina Veleva
3811 Ditmars Blvd #268
Astoria NY 11105

NEW YORK NY 100
16 JUN 2021 PM 10 L

RECEIVED
2021 JUN 21 PM 3:15
CLERK'S OFFICE
S.D.N.Y.

USDC SDNY

U.S Courthouse
Pro Se Intake Office
of the United States District
Court, SDNY
500 Pearl Street
New York, NY 10007

Pro Se JKR

RECEIVED
SDNY PRO SE OFFICE
2021 JUN 22 AM 10:23

10007-131608