UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VALENTINA VELEVA, on behalf of herself and
FLSA Collective Plaintiffs,                                    :

                Plaintiff,          :

     - against -                                              :        ORDER

TAMBURI TRATTORIA LTD., and FABIO        :        19-CV-10078 (VEC)(KNF)
CAMARDI,                                        ,
               Defendant.                :

------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on July 8, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York        SO ORDERED:
       June 24, 2021

                                           _Kevin Nathaniel Fox_____
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE